Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
HENRY COX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HENRY COX<br><br>　　　　　　Defendant. | No. 1:22-cr-00062 JLT-SKO<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER THERON<br><br>Date:　November 13, 2023<br>Time:　10:00 am<br>Judge:　Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Justin Gilio, Counsel for Plaintiff, and Marc Days, Counsel for Defendant, Henry Cox, that the sentencing hearing currently set for August 28, 2023, at 10:00 a.m., may be rescheduled to November 13, 2023, at 10:00 a.m.

The requested continuance is necessary to provide probation additional time needed to prepare the presentence investigation report. This continuance will conserve time and resources for both counsel and the court.

Because the Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated:  August 22, 2023

/s/ *Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

Dated:  August 22, 2023

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
Henry Cox

**O R D E R**

IT IS SO ORDERED.

Dated:  **August 23, 2023**

UNITED STATES DISTRICT JUDGE

2